United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTWON GRAHAM,<br><br>　　　　Defendant. | Case No.: CR 13-00194-JSW (KAW)<br><br>DETENTION ORDER |

## I.  DETENTION ORDER

Defendant Antwon Graham is charged by indictment with violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (possession with the intent to distribute and distribution of cocaine base in the form of "crack") and 21 U.S.C. § 860(a) (possession with the intent to distribute and distribution of cocaine base in the form of "crack" within 1,000 feet of a school).  At the May 7, 2013 hearing before this Court, Defendant, who was in custody and represented by counsel, David Anderson, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change.  Assistant United States Attorney Alexandra Summer appeared on behalf of the United States.  The Court notes that Defendant is subject to a state probation hold.

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1  Defendant shall remain committed to the custody of the Attorney General for confinement
2 in a corrections facility separate, to the extent practicable, from persons awaiting or serving
3 sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable
4 opportunity for private consultation with counsel.  On order of a court of the United States or on
5 request of an attorney for the Government, the person in charge of the corrections facility in
6 which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
7 an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: May 7, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge