# EXHIBIT B

# BURLINGAME POLICE DEPARTMENT

**1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100**

## CRIME REPORT

Case
BRM1603327

### OFFENSES

| Offenses | Description | Fel/Misd |
|---|---|---|
| 25850(c)(2) PC | Carrying loaded firearm - stolen firearm | Felony |
| 25850(a) PC | Carrying a loaded firearm in Person/Veh public place | Misd |
| 148(a)(1) PC | Obstruct Public Officer | Misd |
| 241(c) PC | Assault on Police/Fire | Misd |
| 466 PC | Possess Burglary Tools | Misd |
| 148.9(a) PC | False Id To Specific Po's | Misd |
| 25400(c)(1) PC | Concealed firearm - prior felony/ weapons conviction | Felony |
| 30305(a)(1) PC | Poss/own/etc ammunition by prohibited person | Felony |

| Date Occurred | Time Occurred | Incident # |
|---|---|---|
| 10/12/16-10/12/16 | 1745 - 1800 | 1610120175 |

| Date Reported | Time Reported |
|---|---|
| 10/12/2016 | 1809 |

| Related Cases |
|---|
| BRM1603213 |

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 10/17/2016 | 09:37:13 | 0233 |

| Latitude | Longitude |
|---|---|
| 37.594960 | -122.370490 |

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| Go Kart Racer, 1541 Adrian Rd, Burlingame, CA 94010 | C | 3 | Cleared By Adult Arrest | 10/12/2016 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| Street/Highway | | | | | |

| Victim | Drivers License | Cell Phone | Email |
|---|---|---|---|
| Hutchings, James A | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| 1111 Trousdale Dr, Burlingame, CA 94010 | No | 650-777-4100 | | | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Burlingame Police Department, 1111 Trousdale Dr, Burlingame, CA 94010 | 650-777-4100 | | | | |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Refused Aid | | Simple, Not Aggravated Assault |

| Description of Injuries | Other Information |
|---|---|
| None | |

| Reporting Party | Drivers License | Cell Phone | Email |
|---|---|---|---|
| | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| Go Kart Racer, 1541 Adrian Rd, Burlingame, CA 94010 | 650 692 7223 | | | | |

| Suspect Arrested | Action Taken | Charges  148(a)(1) PC, 25850(a) |
|---|---|---|
| Harris, Kenya Lasalle Jr | BOOKING | PC, 25850(c)(2) PC, 466 PC |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | 24 | M | B |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | 6'2" | 160 | BLK | BRO |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|---|---|---|---|
| Speech: Clear  Build: Slender  Complexion: Light  Facial Hair: Goatee | | | 1274 |

| Aliases | Veh Damaged |
|---|---|
| | |

### VEHICLES

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| Suspect Vehicle | 2016 White Chev Malibu | 7RVJ105 CA | Passenger Car /Station Wagon |

### OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 0224 - Holsgrove, Tristan | 10/12/2016 | 0146 - Hutchings, James | 0205 - Roberts, Jason | 10/13/2016 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| D.a. | | | | |
| Adult Probation | | | | |
| Other Agency | | | | |

## POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

A_GRAHAM-0046

## BURLINGAME POLICE DEPARTMENT
### 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100
### CRIME REPORT

Case
BRM1603327

| Suspect County, Javlin Jermaine | | Action Taken | Charges 148(a)(1) PC, 25850(a) PC | | | |
|---|---|---|---|---|---|---|
| **Residence Address** | | **Residence Phone** | **DOB** | **Age** 26 | **Sex** M | **Race** B |
| **Business Name and Address** | | **Business Phone** | **Height** 5'10" | **Wt** 175 | **Hair** BLK | **Eyes** BRO |
| **Identifying Features** Speech: Clear Build: Slender Complexion: Medium Facial Hair: None | | **Cell Phone** | **Drivers License** | | **Arrest Number** | |
| **Aliases** | | | | | | |

| Suspect Graham, Antwon Antonio | | Action Taken | Charges 148(a)(1) PC, 25850(a) PC, 148.9(a) PC, 23400(c)(1) PC, 30305(a)(1) PC | | | |
|---|---|---|---|---|---|---|
| **Residence Address** | | **Residence Phone** | **DOB** | **Age** 27 | **Sex** M | **Race** B |
| **Business Name and Address** | | **Business Phone** | **Height** 5'9" | **Wt** 135 | **Hair** BLK | **Eyes** BLK |
| **Identifying Features** Speech: Clear Build: Slender Complexion: Medium Facial Hair: Goatee | | **Cell Phone** | **Drivers License** | | **Arrest Number** | |
| **Aliases** | | | | | | |

| Suspect Graham, Delay Dupree | | Action Taken | Charges 148(a)(1) PC, 148.9(a) PC | | | |
|---|---|---|---|---|---|---|
| **Residence Address** 3311 Linden St, Oakland, CA 94601 | | **Residence Phone** | **DOB** | **Age** 25 | **Sex** M | **Race** B |
| **Business Name and Address** | | **Business Phone** | **Height** 5'8" | **Wt** 135 | **Hair** BLK | **Eyes** BRO |
| **Identifying Features** Speech: Clear Build: Slender Complexion: Medium Facial Hair: None | | **Cell Phone** | **Drivers License** | | **Arrest Number** | |
| **Aliases** Jovan Williams | | | | | | |

| Mentioned | **Drivers License** | **Cell Phone** | **Email** |
|---|---|---|---|
| | | | |
| **Business Name and Address** Go Kart Racer, 1541 Adrian Rd, Burlingame, CA 94010 | **Business Phone** 650 692 7223 | **Height** | **Wt** | **Hair** | **Eyes** |
| **Mentioned** Dawkins, Latanya Monique | **Drivers License** | **Cell Phone** | **Email** |
| **Residence Address** | **Residence Phone** | **DOB** | **Age** | **Sex** | **Race** |
| | | | |
| **Mentioned** | **Drivers License** | **Cell Phone** | **Email** |
| | | | |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE



# BURLINGAME POLICE DEPARTMENT

**1111 TROUSDALE DRIVE     BURLINGAME, CA 94010     650-777-4100**

## CRIME REPORT

Case
BRM1603327

| Registered Owner of Vehicle<br>Ean Holdings Llc | Drivers License | Cell Phone | Email | | | | |
|---|---|---|---|---|---|---|---|
| Residence Address<br>14002 East 21ST St #1500, Tulsa City, OK 74134 | | Residence Phone | DOB | Age | Sex | Race | |
| Business Name and Address<br>Ean Holdings Llc, 14002 East 21ST St #1500, Tulsa City, OK 74134 | | Business Phone | Height | Wt | Hair | Eyes | |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

A_GRAHAM-0048



**BURLINGAME POLICE DEPARTMENT**

Page 4

**1111 TROUSDALE DRIVE     BURLINGAME, CA 94010     650-777-4100**

**CRIME REPORT - PROPERTY**

BRM1603327

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Evidence | 0205 - 1 Blk Springfield Armo XD-40 Gun - BLACK SEMI AUTO HANDGUN .40 CAL, LOADED W/ ITEM #29 (XD335198) | | | |
| 2 | Evidence | 0205 - 1 Blk Glock 26 G4 Firearm - GLOCK 26 GEN4 9MM; LOADED W/ITEM #30 & 1 IN CHAMBER (UYE543) | | | |
| 3 | Evidence | 0205 - 1 Blk Glock 23 G4 Firearm - GLOCK 23 GEN4 .40 CAL.; LOADED W/ITEM #32 (UPV290) | | | |
| 4 | Evidence | 0205 - 1 Blk Glock 21 Firearm - GLOCK 21 .45 CAL.; LOADED W/ ITEM #33 (1 ROUND IN CHAMBER) (MLY325) | | | |
| 5 | Evidence | 0224 - 1 Blk Glock Magazine - GLOCK 9MM HI-CAP MAGAZINE W/17 9MM ROUNDS | | | |
| 6 | Evidence | 0146 - 1 Blk McM Backpack - BLACK LEATHER BACKPACK | | | |
| 7 | Evidence | 0146 - 2 Chase Bank Mastercard Credit/Debit - BLANK TRAVEL REWARDS CARDS FOUND INSIDE ITEM #6 | | | |
| 8 | Evidence | 0146 - 7 Nfl Visa Credit/Debit - BLANK EXTRA POINTS CARDS FOUND IN ITEM #6 | | | |
| 9 | Evidence | 0146 - 2 Bank Of America Mastercard Credit/Debit - BLANK CASH REWARDS CARDS FOUND IN ITEM 36 | | | |
| 10 | Evidence | 0146 - 4 Capital One Visa Visa Credit Card - BLANK TRAVEL REWARDS CARDS | | | |
| 11 | Evidence | 0146 - 5 Americanairlines Mastercard Credit/Debit - BLANK AAVANTAGE CARDS FOUND IN ITEM #6 | | | |
| 12 | Evidence | 0146 - 2 Wells Fargo Visa Credit/Debit - BLANK REWARDS CARDS FOUND IN ITEM #6 | | | |
| 13 | Evidence | 0146 - 1 Blk Glock Glock Pistol Magazine - 10 ROUND MAGAZINE WITH EXTENSION LOADED WITH 13 ROUNDS OF 9MM AMMO. FOUND IN ITEM #6 | | | |
| 14 | Evidence | 0146 - 1 Blk Glock Glock Pistol Magazine - 6 ROUND .380 CALIBER PISTOL MAGAZINE LOADED WITH 5 ROUNDS OF .380 CALIBER AMMO. FOUND IN ITEM #6 | | | |
| 15 | Evidence | 0146 - 1 Tan Robins Jeans Backpack - BACKPACK RECOVERED AT SCENE BY HOLSGROVE #29 | | | |

**POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE**

Case 4:13-cr-00104-JSW Document 95-3 Filed 09/26/17 Page 6 of 24



**BURLINGAME POLICE DEPARTMENT**

**1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100**

**CRIME REPORT - PROPERTY**

BRM1603327

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 16 | Evidence | 0146 - 1 Medibles Rice Krispy Trea Drugs - GOLD BAGGY LABLED MEDIBLES RICE KRISPY TREATS CONTAINING SUSPECT MARIJUANA *** FOUND IN ITEM #15 | | | |
| 17 | Evidence | 0146 - 1 Ivxx.com Bubble Gum Cooki Drugs - PURPLE PLASTIC BAGGY CONTAINING SUSPECTED MARIJUANA FOUND IN ITEM #15 | | | |
| 18 | Evidence | 0146 - 2 Buddha Drugs - 2 GOLD PLASTIC CANISTERS CONTAINING SUSPECTED MARIJUANA FOUND IN ITEM #15 | | | |
| 19 | Evidence | 0146 - 1 Viper Health Drugs - BLACK PLASTIC BAGGY CONTAINING SUSPECTED MARIJUANA FOUND IN ITEM #15 | | | |
| 20 | Evidence | 0146 - 4 Backwoods Smokes Cigars - 4 PACKS OF CIGARS FOUND IN ITEM #15 | | | |
| 21 | Evidence | 0224 - 1 Audio - AUDIO - HARRIS MIRANDA STATEMENT AT BPD | | | |
| 22 | Evidence | 0146 - 1 Rose Apple 6S Plus Iphone - ROSE COLORED PHONE BLACK CASE FOUND ON 10-15 HARRIS | | | |
| 23 | Evidence | 0146 - 1 Red Tool - RED WINDOW PUNCH/SEAT BELT CUTTER FOUND IN HARRIS' COAT POCKET | | | |
| 24 | Evidence | 0146 - 1 Cal Dl Javlin County Cal DI - DL FOR SUSPECT JAVLIN COUNTY (E2039369) | | | |
| 25 | Evidence | 0146 - 1 Sil Apple 6S Iphone - SILVER IPHONE FOUND ON FRONT RIGHT FLOOR OF SUSPECT VEHICLE | | | |
| 26 | Evidence/Returned to Owner | 0146 - 1 Blk Chev Malibu Car Key - CAR KEY TO SUSPECT VEHICLE FOUND IN POCKET OF SUSPECT HARRIS' COAT | | | |
| 27 | Evidence | 0146 - 1 Blu Northface Jacket - BLUE NORTHFACE JACKET WORN BY SUSPECT GRAHAM | | | |
| 28 | Evidence | 0146 - 1 Gray Knit Cap - GRAY KNIT CAP WORN BY SUSPECT GRAHAM | | | |
| 29 | Evidence | 0205 - 1 Sil Springfield Magazine - SPRINGFIELD .40 CAL HI-CAP MAGAZINE W/12 .40 CAL ROUNDS | | | |
| 30 | Evidence | 0205 - 1 Blk Glock Magazine - GLOCK 9MM HI-CAP MAGAZINE W/9 9MM ROUNDS + 1 FROM CHAMBER OF ITEM #2 (10 TOTAL) | | | |

**POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE**

A_GRAHAM-0050



**BURLINGAME POLICE DEPARTMENT**

**1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100**

**CRIME REPORT - PROPERTY**

BRM1603327

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 31 | Evidence | 0146 - 1 Polo Sweatshirt - NAVY BLUE HOODED SWEATSHIRT | | | |
| 32 | Evidence | 0205 - 1 Blk Glock Magazine - GLOCK .40 CAL HI-CAP MAGAZINE W/11 .40 CAL ROUNDS | | | |
| 33 | Evidence | 0205 - 1 Blk Glock Magazine - GLOCK .45 CAL HI-CAP MAGAZINE W/ 11 .45 CAL ROUNDS (10 IN MAG, 1 IN CHAMBER) | | | |
| 34 | Evidence | 0224 - 46 Photographs - PHOTOGAPHS OF EVIDENCE | | | |
| 35 | Evidence | 0224 - 1 Dvd - DVD OF SURVEILLANCE FROM GO KART RACER | | | |
| 36 | Evidence | 0205 - 3 Flip Video - FLIP VIDEO OF SURVEILLANCE (3 DIGITAL FILES) | | | |
| 37 | Evidence | 0233 - 2 Video Surveillan - VIDEO SURVEILLANCE | | | |
| 38 | Evidence | 0233 - 1 Photo Lineup - PHOTO LINEUP SHOWN TO ▮▮▮▮ ANTWON GRAHAM) | | | |

**POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE**

A_GRAHAM-0051



| | **BURLINGAME POLICE DEPARTMENT** | Page 1 |
|---|---|---|
| | 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100 | BRM1603327 |
| | **NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PERSONS**

Suspect Arrested - HARRIS, KENYA LASALLE JR   DOB ▓▓▓▓▓
  Sex: M, Race: Black, Height: 6`2", Weight 160, Hair: Black, Eyes: Brown
  Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  Cell: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  Identifying Features:;  Speech: Clear  ;  Build: Slender  ;  Complexion: Light  ;  Facial Hair: Goatee
  Arrest Number: 1274
  Action Taken: BOOKING,  Charges: 148(a)(1) PC, 25850(a) PC, 25850(c)(2) PC

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Suspect - GRAHAM, ANTWON ANTONIO   DOB: ▓▓▓▓▓▓
  Sex: M, Race: Black, Height: 5`9", Weight 135, Hair: Black, Eyes: Black
  Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  Cell: ▓▓▓▓▓▓▓▓▓▓
  Drivers License: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  Offenses: 148(a)(1) PC, 25850(a) PC

Suspect - COUNTY, JAVLIN JERMAINE   DOB: ▓▓▓▓▓▓
  Sex: M, Race: Black, Height: 5`10", Weight 175, Hair: Black, Eyes: Brown

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

  Offenses: 148(a)(1) PC, 25850(a) PC

Reporting Party - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Registered Owner of Vehicle - EAN HOLDINGS LLC
  Address:  14002 East 21ST St #1500, Tulsa City, OK 74134
  Business Name/Adrs: Ean Holdings Llc, 14002 East 21ST St #1500, Tulsa City, OK 74134

Suspect - GRAHAM, DELAY ▓▓▓▓▓▓▓▓▓▓
  Sex: M
  Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  Cell: ▓▓▓▓▓▓▓▓

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE



| BURLINGAME POLICE DEPARTMENT | Page 2 |
| --- | --- |
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100 | BRM1603327 |
| NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4 | |

Drivers License [redacted]
Offenses: 148(a)(1) PC

Victim - HUTCHINGS, JAMES A
Sex: M, Race: White
Address: 1111 Trousdale Dr, Burlingame, CA 94010 - 650-777-4100
Business Name/Adrs: Burlingame Police Department, 1111 Trousdale Dr, Burlingame, CA 94010 -
650-777-4100
Assistance Rendered / Victim Disposition: Refused Aid
Transport Agency:
Injuries: None     Other Info:

*******************************************************************************************

PROPERTY

Item #1, Status: Evidence
1 Springfield Armo XD-40 Gun (XD335198).  BLACK SEMI AUTO
HANDGUN .40 CAL, LOADED W/ ITEM #29

Item #2, Status: Evidence
1 Glock 26 G4 Firearm (UYE543).  GLOCK 26 GEN4 9MM; LOADED
W/ITEM #30 & 1 IN CHAMBER

Item #3, Status: Evidence
1 Glock 23 G4 Firearm.  GLOCK 23 GEN4 .40 CAL; LOADED W/ITEM #32

Item #4, Status: Evidence
1 Glock 21 Firearm.  GLOCK 21 .45 CAL; LOADED W/ ITEM #33 (1
ROUND IN CHAMBER)

Item #5, Status: Evidence
1 Glock Magazine.  GLOCK 9MM HI-CAP MAGAZINE W/17 9MM
ROUNDS

Item #6, Status: Evidence
1 McM Backpack.  BLACK LEATHER BACKPACK

Item #7, Status: Evidence
2 Chase Bank Mastercard Credit/Debit.  BLANK TRAVEL REWARDS CARDS
FOUND INSIDE ITEM #6

Item #8, Status: Evidence
7 Nfl Visa Credit/Debit.  BLANK EXTRA POINTS CARDS FOUND IN ITEM
#6

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

A_GRAHAM-0053



| BURLINGAME POLICE DEPARTMENT | Page 3 |
| --- | --- |
| 1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100<br>NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4 | BRM1603327 |

*POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE*

Item #9, Status: Evidence
2 Bank Of America Mastercard Credit/Debit. BLANK CASH REWARDS
CARDS FOUND IN ITEM 36

Item #10, Status: Evidence
4 Blank Travel Rewards Cards

Item #11, Status: Evidence
5 Americanairlines Mastercard Credit/Debit. BLANK AAVANTAGE CARDS
FOUND IN ITEM #6

Item #12, Status: Evidence
2 Wells Fargo Visa Credit/Debit. BLANK REWARDS CARDS FOUND IN
ITEM #6

Item #13, Status: Evidence
1 Glock Glock Pistol Magazine. 10 ROUND MAGAZINE WITH EXTENSION
LOADED WITH 13 ROUNDS OF 9MM AMMO. FOUND IN ITEM #6

Item #14, Status: Evidence
1 Glock Glock Pistol Magazine. 6 ROUND .380 CALIBER PISTOL
MAGAZINE LOADED WITH 5 ROUNDS OF .380 CALIBER AMMO.
FOUND IN ITEM #6

Item #15, Status: Evidence
1 Robins Jeans Backpack. BACKPACK RECOVERED AT SCENE BY
HOLSGROVE #29

Item #16, Status: Evidence
1 Medibles Rice Krispy Trea Drugs. GOLD BAGGY LABLED MEDIBLES
RICE KRISPY TREATS CONTAINING SUSPECT MARIJUANA ***
FOUND IN ITEM #15

Item #17, Status: Evidence
1 Ivxx.com Bubble Gum Cooki Drugs. PURPLE PLASTIC BAGGY
CONTAINING SUSPECTED MARIJUANA FOUND IN ITEM #15

Item #18, Status: Evidence
2 2 Gold Plastic Canisters Containing Suspected Marijuana Found In Item #1. 2
GOLD PLASTIC CANISTERS CONTAINING SUSPECTED MARIJUANA
FOUND IN ITEM #15

Item #19, Status: Evidence

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

A_GRAHAM-0054



| BURLINGAME POLICE DEPARTMENT | Page 4 |
|---|---|
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100 <br> NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4 | BRM1603327 |

1 Black Plastic Baggy Containing Suspected Marijuana Found In Item #15

Item #20, Status: Evidence
 4 Backwoods Smokes Cigars.  4 PACKS OF CIGARS FOUND IN ITEM #15

Item #21, Status: Evidence
 1 Audio - Harris Miranda Statement At BPD

Item #22, Status: Evidence
 1 Apple 6S Plus Iphone.  ROSE COLORED PHONE BLACK CASE FOUND
 ON 10-15 HARRIS

Item #23, Status: Evidence
 1 Red Window Punch/Seat Belt Cutter Found In Harris' Coat Pocket

Item #24, Status: Evidence
 1 Cal Dl Javlin County Cal Dl (████████.  DL FOR SUSPECT JAVLIN
 COUNTY

Item #25, Status: Evidence
 1 Apple 6S Iphone.  SILVER IPHONE FOUND ON FRONT RIGHT FLOOR
 OF SUSPECT VEHICLE

Item #26, Status: Evidence
 1 Chev Malibu Car Key.  CAR KEY TO SUSPECT VEHICLE FOUND IN
 POCKET OF SUSPECT HARRIS' COAT

Item #27, Status: Evidence
 1 Northface Jacket.  BLUE NORTHFACE JACKET WORN BY SUSPECT
 GRAHAM

Item #28, Status: Evidence
 1 Gray Knit Cap Worn By Suspect Graham

Item #29, Status: Evidence
 1 Springfield Magazine.  SPRINGFIELD .40 CAL HI-CAP MAGAZINE W/12
 .40 CAL ROUNDS

Item #30, Status: Evidence
 1 Glock Magazine.  GLOCK 9MM HI-CAP MAGAZINE W/9 9MM ROUNDS
 + 1 FROM CHAMBER OF ITEM #2 (10 TOTAL)

Item #31, Status: Evidence
 1 Polo Sweatshirt.  NAVY BLUE HOODED SWEATSHIRT

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |



| BURLINGAME POLICE DEPARTMENT | Page 5 |
|---|---|
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100<br>NARRATIVE – PC 148.A1 & Possession of Loaded Firearm x4 | BRM1603327 |

Item #32,  Status: Evidence
   1 Glock Magazine.  GLOCK .40 CAL HI-CAP MAGAZINE W/11 .40 CAL
   ROUNDS

Item #33,  Status: Evidence
   1 Glock Magazine.  GLOCK .45 CAL HI-CAP MAGAZINE W/ 11 .45 CAL
   ROUNDS (10 IN MAG, 1 IN CHAMBER)

Item #34,  Status: Evidence
   46 Photogaphs Of Evidence

Item #35,  Status: Evidence
   1 Dvd Of Surveillance From Go Kart Racer

Item #36,  Status: Evidence
   3 Flip Video Of Surveillance (3 Digital Files)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VEHICLES

Suspect Vehicle - 7RVJ105  CA    Vehicle Type: Passenger Car /Station Wagon
   Vehicle: 2016 White Chev Malibu

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OFFENSES
   25850(c)(2) PC - Carrying loaded firearm - stolen firearm
   25850(a) PC - Carrying a loaded firearm in Person/Veh public place
   148(a)(1) PC - Obstruct Public Officer
   241(c) PC - Assault on Police/Fire
   466 PC - Possess Burglary Tools

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Notification:*
On Wednesday 10/12/16, at approximately 1809 hours, I was detailed to Go Kart Racer, located at 1541
Adrian Rd on a suspicious circumstance. The reporting party             stated that a black male
adult by the name of Antwon Graham, was on scene to pick up his driver's license.       recognized
the subject as the same subject who came into his business on 09/03/16 and used fraudulent credit cards
to purchases credit for additional race time. In that incident, Antwon Graham had left his identification
card behind at the scene, which     later turned into BPD, see case #1603213 for details.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

A_GRAHAM-0056



| BURLINGAME POLICE DEPARTMENT | Page 6 |
|---|---|
| **1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100**<br>**NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4** | BRM1603327 |

Upon my arrival, I met with ▮▮▮▮ outside the business and he briefed me on the details of the previous incident (#1603213) ▮▮▮▮ old me one of the subjects, who identified himself as Antwon Graham, was inside along with three other unknown black male adults. At the time, ▮▮▮▮ was unable to tell me which subject identified himself as Antwon Graham. Ofc Hutchings #11 arrived shortly thereafter as my cover officer.

Inside the business, I contacted four black male adults playing pool on the north side of the business. The two males that were standing at the pool table provided me with their CA identification cards, identifying themselves as Kenya Harris and Javlin County. The other two males were seated on the couch and stated that they did not have identification cards. They verbally identified themselves to me as Layshawn Brown (12/10/90) and Michael Smith (03/04/90) (later identified as Antwon Graham and Delay Graham, through booking and California identification photographs). While speaking to the individuals about the reason for the contact they began providing different stories for the reason that they were patronizing the business. No one was willing to admit that one of them had contacted Robison and asked for their identification card back.

When I first contacted the four subjects, two (Antwon Graham and Delay Graham) were seated on a couch with a black backpack between them. Two subjects (Javlin County and Kenya Harris) were standing and apparently playing pool. While investigating, Delay inquired if he could use the restroom, which I told him he could not because he was being detained for my investigation into the credit card fraud. Antwon repeatedly stood up from the couch despite multiple instructions to remain seated and not move around.

The four subjects began whispering amongst themselves and moving around after they had been instructed to sit down and discontinue talking to each other. While continuing my attempt to identify which subject might be Antwon Graham, all four subjects spontaneously took off running past myself and Ofc Hutchings and headed for the main doors. I attempted to grab one of them, but I was unsuccessful.

Ofc Hutchings attempted to apprehend a second subject, but was also unsuccessful. The subject attempted to run past Ofc. Hutchings who stood in front of him, blocking his path. The subject attempted to punch Ofc. Hutchings by swinging his right hand in a closed fist in the direction of Ofc. Hutchings head. Ofc. Hutchings was able to duck underneath the punch and no contact was made. The subject then ran past Ofc. Hutchings and out the door. Ofc. Hutchings later identified that subject as (S) Javlin County using the photograph from the California ID card he previouly handed to Ofc. Holsgrove.

As they all exited out of the business they fled in different directions. Ofc Hutchings chased one subject south on Adrian Rd. but was unable to catch up to him. One subject, wearing a white t-shirt and jeans,

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE



**BURLINGAME POLICE DEPARTMENT**

Page 7

**1111 TROUSDALE DRIVE     BURLINGAME, CA 94010     650-777-4100**
**NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4**

BRM1603327

stumbled to the ground and I attempted to grab him as I caught up to him. I attempted to gain control by jumping on top of him as he fell down in the middle of Adrian Rd., however that subject physically resisted by forcefully pushing himself away, using his hands and feet to push against me. He managed to break free of my grasp and ran away northbound on Adrian Rd. I was later able to identify that subject as (S) Antwon Graham after examining his California identification photograph from Ofc. Thorpe's report (1603213).

*Arrest of Kenya Harris:*

As I got back up from the ground, I observed the subject (who previously identified himself to me as Kenya Harris by handing me his California identification card) exit the Go Kart Racer while carrying two backpacks, one black and one brown. I yelled for Harris to stop and he disobeyed my command and ran south on Adrian Rd. Harris fell down and I saw him drop both backpacks at the corner of Adrian Rd and David Rd. Harris decided to hop the cyclone fence to Highway 101 and he fled on foot eastbound across all lanes of Highway 101. Harris was wearing a black t-shirt and black pants. Ofc Hutchings kept visual contact with Harris and advised incoming units of his location and physical/clothing description. Harris was ultimately caught and detained by Officer Bolanos #6. See Ofc Bolanos' supplemental report for details of Harris' apprehension.

I returned back to the corner of David Rd and Adrian Rd to pick up the two backpacks that Harris had dropped, I briefly looked into both bags and found two black semi-automatic handguns in each bag. I secured the backpacks and the guns in my trunk and continued to search for the three outstanding subjects.

*Search of the Area:*

Assistance came from multiple agencies including San Mateo, Hillsborough, San Bruno, South San Francisco and the California Highway Patrol and a perimeter was set to try and contain the three outstanding subjects. A reporting party called BPD and stated two unknown black males had just ran through the back lot of their business, which turned out to be the BMW service center, located at 1625 Adrian Rd.

I responded to that location and discovered the suspects had hopped a fence on the back/west side of the lot and were now westbound towards Rollins Rd. I followed their path and contacted another witness who saw the two suspects run west thru their lot, located at 1626 Rollins Rd. That witness saw them exit his lot and ran west across Rollins and lost sight of them. California Highway Patrol arrived with their fixed wing air unit and was unsuccessful in locating the outstanding suspects. After a significant search with four K9 units and the air unit, the search was called off with negative results.

*Video Surveillance at Go Kart Racer:*

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

A_GRAHAM-0058



| **BURLINGAME POLICE DEPARTMENT** | Page 8 |
|---|---|
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100<br>**NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4** | BRM1603327 |

I returned to Go Kart racer after the search had been completed and met with ███████ the owner of the business and the original reporting party. I reviewed his surveillance cameras to reexamine the incident. All four suspects can be seen arriving at the business at approximately 1800 hours. They drove to the business from southbound Adrian Rd. in a white colored Chevrolet Malibu (CA#7RVJ105). During my initial contact with Harris before he fled, he told me that the vehicle was his, but it was rented by his mother. The key for the vehicle was also later recovered in Harris' jacket.

At approximately 1830 hours the subjects can be seen fleeing the business in different directions. The cameras did not cover the altercation I had with one of the subjects in the street. Further examination of the video shows one of the unknown black males entered the business wearing a blue jacket, white t-shirt, gray beanie and carrying a black back pack on his back. After a later review of Ofc Thorpe's report 1603213, I viewed the driver's license photograph that was left behind at Go Kart Racer, by Antwon Graham. I was able to positively identify Antwon Graham as the same subject that was carrying the black back pack into Go Kart Racer, containing the two hand guns, one of which was later determined to be stolen. Antwon Graham is also the subject I was involved with in the physical confrontation outside of the business who escaped from me.

Ofc Hutchings was able to positively identify Javlin County as the subject who attempted to punch him during the initial flight from the inside of Go Kart Racer by examining the California identification card he previously handed to me at the beginning of our contact

The video also shows that Kenya Harris was wearing the brown backpack as he walked into business, which was later recovered and found to contain two handguns.

Robison was unable to burn to disc all of the video surveillance videos. I used the Burlingame PD Flip camera to record what he could not burn to disc and collected a disc of what he was able to copy to disc. Both the Flip videos and CD were later submitted into evidence at BPD.

**Vehicle Towed to BPD:**
Ofc. Hutchings had the white Chevrolet Malibu (CA 7RVJ105) towed to BPD as evidence. The vehicle was towed by D&M Towing Service. Ofc. Hutchings followed the vehicle as it was towed to BPD and placed into the secured parking lot.

**Statement of Kenya Harris at BPD:**
I returned to BPD to interview Kenya Harris. At BPD I read Harris his Miranda rights from my Burlingame issued printed Miranda card. Harris did not want to speak with me and requested a lawyer present before any further questioning. This concluded my interview of Harris. It should be noted that the BPD jail is audio and video recorded and the data is available for up to one year.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE



| BURLINGAME POLICE DEPARTMENT | Page 9 |
|---|---|
| 1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100<br>NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4 | BRM1603327 |

### Burglary tool:

While searching through Harris' jacket, which I located with the two backpacks, I located a tool which I recognized to be a burglary tool. The tool was a red "Resqme" emergency rescue tool with a blade deigned to cut seat belts and a mechanical punch to shatter vehicle windows, allowing one to escape from being trapped in a vehicle during an emergency. Based on my training and experience, spring loaded window punch tools are commonly used by burglars to shatter vehicle windows during the commission of vehicle burglaries.

### Stolen handgun identification:

All of the serial numbers for the hand guns collected were ran through AFS. One of the handguns was later determined to be stolen out of Oakland. See Cpl. Roberts supplement for details of how the gun was identified as stolen.

### Identification of fourth suspect:

After further review of Ofc. Thorpe's crime report #1603213, I saw a subject mentioned in the report by the name Delay Graham 12/12/90; same last name as Antwon Graham, similar age, and also from Oakland. I looked up his booking photograph and immediately recognized him as one of the subjects sitting on the couch that did not have identification. Ofc. Hutchings also reviewed the picture of Delay Graham and was positive that he was the same subject sitting on the couch next to Antwon Graham. After further examination of the Flip video recorded from Go Kart Racer, I was able to compare the booking photograph of Delay Graham to the fourth subject who entered the business.

### Evidence:

All of the surveillance videos from Go Kart Racer were placed into evidence at BPD. I submitted the digital audio recording of Harris' statement to the Puma server at BPD. All four guns and the various magazines and ammunition were all entered into evidence at BPD. Harris would not provide access to his cell phone and I collected it and placed it into evidence as I believe there may be evidence from this crime and other crimes inside the phone. All of the guns, ammunition, burglary tool and other items were photographed and booked into evidence at BPD.

### Disposition:

Forward this report to the San Mateo County District Attorney's Office for prosecution of Kenya Harris for violating PC 148(A)(1) Obstruct police officer, PC25850(A) carry a loaded firearm in public, PC 25850(C)(2) carrying a loaded stolen firearm in public and PC 466 Burglary tool.

I request that warrant be issued for Antwon Graham for also violating 148(A)(1) Obstruct police officer, PC 241(C) assault against a peace officer, PC25850(A) carry a loaded firearm in public, PC 25850(C)(2)

<div style="writing-mode: vertical-rl">POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE</div>

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

A_GRAHAM-0060



| BURLINGAME POLICE DEPARTMENT | Page 10 |
| --- | --- |
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100<br>NARRATIVE - PC 148.A1 & Possession of Loaded Firearm x4 | BRM1603327 |

carrying a loaded stolen firearm in public.

I request that a warrant be issued for Javlin County for violating PC 241(C) assault against a peace officer and PC 148(A)(1) obstruct a peace officer.

I request that a warrant be issued for Delay Graham for PC 148(A)(1), Obstruct a peace officer.

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| 0224 | HOLSGROVE, TRISTAN | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |



| BURLINGAME POLICE DEPARTMENT | Page 1 |
|---|---|
| **1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100**<br>**SUPPLEMENT 1 - Statement of Andy Lam - Stolen Firearm** | BRM1603327 |

**POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ADDITIONAL PERSONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUMMARY:

On Wednesday, 10/12/2016, (SA) Kenya Harris and three other subjects ran from BPD officers while being contacted at Go Kart Racer, located at 1541 Adrian Rd., in relation to a fraud investigation. Harris was observed in possession of two backpacks he discarded during a foot pursuit. The backpacks were found to contain four loaded handguns. One of the handguns was later confirmed to have been stolen in Oakland several days prior.

## INVESTIGATION:

BPD Communications conducted serial number checks for the four firearms recovered. One firearm (Glock 26, Serial No. UYE543) listed purchaser information for (M) ▮▮▮▮▮ out of Oakland. Ofc. Bolanos located possible contact phone numbers for ▮▮▮

## STATEMENT OF (M) ANDY LAM:

On Wednesday, 10/12/2016, at approximately 2230 hours, I spoke with (M) ▮▮▮▮▮ via telephone. ▮▮▮ stated he was the owner of a Glock 26 firearm, Serial Number UYE543. On Saturday, 10/08/2016, during the evening, ▮▮▮ discovered his vehicle had been burglarized while he parked it at the OB Town Restaurant, located at 6101 Telegraph Ave. in Oakland. Among the items stolen from his vehicle was a black "range bag" containing his Glock 26 firearm, two unloaded 10-round magazines, and one 50-round box of "Freedom Munitions" 9mm full metal jacket "ball" ammunition.

▮▮▮ ultimately met with an Oakland police officer around 0100 hours (Sunday, 10/09/2016) and reported the burglary (Oakland Police Report No. RD 16-053654). ▮▮▮ did not have the serial number for his stolen firearm at the time of the report. ▮▮▮ re-contacted Oakland PD on Monday, 10/10/2016, and provided the serial number (UYE543) for his stolen firearm.

## SERIAL NUMBER NOT IN AFS AS STOLEN:

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0205 | ROBERTS, JASON | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |



| BURLINGAME POLICE DEPARTMENT | Page 2 |
|---|---|
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100<br>SUPPLEMENT 1 - Statement of Andy Lam - Stolen Firearm | BRM1603327 |

I noted that the serial number query performed by BPD Communications did not identify the firearm as stolen. I believe the delayed report by ▇▇ of the serial number to OPD may have caused a delay of its entry into AFS.

I spoke with "Cleo" #4793 in Oakland PD Records who confirmed that Officer Morado #9220 took the original case report for the burglary. She also advised that Ofc. Robert Roche in the weapons entry department ▇▇▇▇▇▇▇▇▇▇▇) would be the point of contact regarding weapons entries and inquiries, however he would not be at work until morning.

I recommend daytime personnel follow-up with Oakland PD to ensure the proper AFS entry is made for the firearm in question.

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0205 | ROBERTS, JASON | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |



| BURLINGAME POLICE DEPARTMENT | Page 1 |
| --- | --- |
| 1111 TROUSDALE DRIVE     BURLINGAME, CA 94010     650-777-4100 | BRM1603327 |
| SUPPLEMENT 2 - Apprehension of Suspect Kenya Harris: | |

**Attachments:**
None.

**Details:**
On Wednesday, October 12th, 2016, at approximately 1809 hours Burlingame Police Department Officers Holsgrove and Hutchings were detailed to Go Kart Racer, 1541 Adrian Road on a report of fraud. I was on duty, in full police uniform, driving a fully marked BPD patrol vehicle (12).

A short time later, they requested an emergency response from any and all available Burlingame Police Department units. While enroute, Officer Hutchings stated a suspect who had ran, in an attempt to evade and escape BPD officers, began running across US Highway 101.

The suspect, described as a black male adult wearing all black, was seen running eastbound across the north/ south bound lanes of traffic on US Highway 101.

Officer Hutchings and Holsgrove last saw the subject near It's-It Ice Cream on the 800 block of Burlway Road. I began my area check and checked the rear of 875 Mahler Road which is one business north of It's-It Ice Cream.

I checked behind 875 Mahler Road and exited my patrol vehicle to check two dumpsters to the rear of the business. I heard and saw a subject hiding in the dumpster. I pointed my Taser at the subject and ordered him out of the dumpster. The subject complied and Corporal Roberts handcuffed him.

Officer Granucci took custody of the suspect and I continued to check the area for additional suspects.

**Injuries:**
The suspect, later identified as Kenya Harris suffered minor scratches to his arms which he sustained during his flight from BPD officers.

Refer to Officer Holsgrove's report for additional information.

**Disposition:**
Forward to the San Mateo County District Attorney's Office;

Case Closed.

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| 0233 | BOLANOS, MIKE | 10/12/2016 | 0205 | ROBERTS, JASON | 10/13/2016 |

A_GRAHAM-0064



| | BURLINGAME POLICE DEPARTMENT | Page 1 |
|---|---|---|
| | 1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100 | |
| | SUPPLEMENT 3 - Consent to Search the Chevy Malibu/ Vehicle Release: | BRM1603327 |

**POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ADDITIONAL PERSONS

Mentioned - DAWKINS, LATANYA MONIQUE 

**Attachments:**
BPD Property Release.

**Details:**
On Thursday, October 13th, 2016, I conducted follow-up as it related to the rental vehicle. I contacted Enterprise Rental and learned that the vehicle was rented by Latanya Dawkins in Chico, CA.

The vehicle was rented on Friday, September 30th, 2016 and is due back on Saturday, October 15th, 2016.

I contacted Latanya Dawkins via the telephone. Dawkins stated she wanted to come to the Burlingame Police Department so her vehicle could be released. I asked Dawkins for consent to search the vehicle she had rented. Dawkins gave me verbal permission to search the vehicle.

I conducted a search of the vehicle and all compartments. No contraband was located. I did locate clothes and shoes that had recently been purchased in Las Vegas, Nevada. There were tags on the clothes that indicated they had been purchased in Las Vegas.

**Vehicle Release:**
Latanya Dawkins later came to the Burlingame Police Department lobby and I released the keys and vehicle.

**Disposition:**
Case Closed.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0233 | BOLANOS, MIKE | 10/13/2016 | 0187 | KIELY, JAY | 10/17/2016 |

A_GRAHAM-0065



| BURLINGAME POLICE DEPARTMENT | Page 1 |
|---|---|
| 1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100<br>**SUPPLEMENT 4 - Additional Charges (Antwon Graham):** | BRM1603327 |

**ADDITIONAL OFFENSES**
Offense #6 added: 148.9(a) PC
Offense #7 added: 25400(c)(1) PC
Offense #8 added: 30305(a)(1) PC

### Attachments:
None.

### Details:
On Thursday, October 13th, 2016, I reviewed this case and its relation to suspect Antwon Antonio Graham. I conducted a criminal history search of Antwon's prior arrests and convictions and found that he has numerous prior felony convictions.

Antwon Graham wore the black backpack, gray knit hat, and blue North Face jacket when he entered Go Kart Racer.

Additionally, during Officer Holsgrove's initial contact with Antwon Graham, he provided a false name during a lawful detention, a violation of PC 148.9(a).

### Black Backpack Contents:
Inside of the black backpack two loaded firearms were located. A loaded Glock 26, 9mm (Serial Number: UYE543) and a loaded Springfield Armory XD-40, .40 caliber (Serial Number: XD335198).

Antwon Graham is a convicted felon and being in possession of a loaded firearm and ammunition is a violation of PC 25400(c)(1)- felon in possession of concealed firearm with prior felony conviction and PC 30305(a)(1)- possession of ammunition by prohibited person.

### Evidence:
I have requested the firearms, gray knit hat, and blue North Face jacket be sent to the San Mateo County Crime Lab for DNA analysis.

### Disposition:
Forward to the San Mateo County District Attorney's Office for prosecution/ warrant issuance;

Antwon Antonio Graham:
PC 25400(c)(1)-      Concealed firearm - prior felony/ weapons conviction.
PC 30305(a)(1)-      Poss/own/etc ammunition by prohibited person.
PC 148.9(a)-          False Id To Specific Po's.

Case Closed.

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0233 | BOLANOS, MIKE | 10/13/2016 | 0187 | KIELY, JAY | 10/14/2016 |



| BURLINGAME POLICE DEPARTMENT | Page 1 |
|---|---|
| 1111 TROUSDALE DRIVE   BURLINGAME, CA 94010   650-777-4100<br>SUPPLEMENT 5 - Video Surveillance: | BRM1603327 |

Business Name/Adrs: Go Kart Racer, 1541 Adrian Rd, Burlingame, CA 94010 - 650-692-7223

Business Name/Adrs: Go Kart Racer, 1541 Adrian Rd, Burlingame, CA 94010 - 650 692 7223

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ADDITIONAL PROPERTY

Item #37,  Status: Evidence
   2 Video Surveillance

**Attachments:**
BPD Video Questionnaire.

**Details:**
On Thursday, October 13th, 2016, at approximately 1445 hours, I met with the owner of Go Kart Racer to obtain the video surveillance from the interior an exterior of the business.

In reviewing the surveillance I saw that the suspects entered the business at 1803 hours. Antwon Graham walked to the counter of the store and conversed with the clerk at the counter, Katelyn Burnham. The three other suspect proceeded into the business out of the view of the cameras.

During the contact with Officer Holsgrove and Officer Hutchings the subjects simultaneously stand up and run towards the front door. Three suspect initially run northbound on Adrian Road and one ran southbound on Adrian Road.

Suspect Kenya Harris later returns to the business, runs inside, and grabs the two backpacks he and Antwon Graham were wearing moments earlier. As Kenya Harris exited the store he began running southbound Adrian Road.

Harris leaves camera view with Officer Holsgrove in pursuit. Officer Holsgrove then stated Harris dropped both backpacks near Adrian Road and David Road. Harris climbed over a fence and proceeded to run across northbound and southbound lanes of traffic on US Highway 101.

**Evidence:**
I logged the two CD/DVDs containing the video surveillance into BPD property/ evidence.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0233 | BOLANOS, MIKE | 10/13/2016 | 0187 | KIELY, JAY | 10/14/2016 |

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE



| BURLINGAME POLICE DEPARTMENT | Page 2 |
|---|---|
| 1111 TROUSDALE DRIVE    BURLINGAME, CA 94010    650-777-4100<br>SUPPLEMENT 5 - Video Surveillance: | BRM1603327 |

**Disposition:**
Forward to the San Mateo County District Attorney's Office.

Case Closed.

POLICE CONTROLLED DOCUMENT DO NOT DUPLICATE

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 0233 | BOLANOS, MIKE | 10/13/2016 | 0187 | KIELY, JAY | 10/14/2016 |

A_GRAHAM-0068