DAVID L. ANDERSEN (S.B. NO. 50010)
ANDERSEN & ZIMMER
385 GRAND AVENUE, SUITE 300
OAKLAND, CA 94610
(510)835-4952 FAX (510)835-4958

ATTORNEY FOR ANTWON GRAHAM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ANTWON GRAHAM.<br><br>　　　　Defendant(s). | Action No.　CR 17-0050 JSW<br>　　　　　　　CR 13-0194 JSW<br><br>**EXHIBITS IN SUPPORT OF DEFENDANT, ANTWON GRAHAM'S, SENTENCING MEMORANDUM, OBJECTIONS, AND REQUEST FOR VARIANCE**<br><br>Date:　October 3, 2017<br>Time:　1:00 p.m.<br>Court:　Hon. Jeffrey S White |

Mr. Graham submits the following exhibits in support of his sentencing memorandum and request for variance.

Exhibit A – Letter from Mr. Graham to the Court

Exhbit B – Chronicle article dated November 30, 2016, regarding murder of Roderick Travon Godfrey.

Exhibit C – East Bay Times article dated November 29, 2016, regarding murder of Roderick Travon Godfrey

DATED: September 26, 2017

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　Andersen & Zimmer

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　David L. Andersen
　　　　　　　　　　　　　　　　　　　Attorney for Antwon Graham

ANDERSEN & ZIMMER
385 GRAND AVE. SUITE 300
OAKLAND, CA 94610
(510)835-4952

U.S. v. Graham
Exhibits in Support of Sentencing Memorandum — - 1 -

# Exhibit A

To Your Honor:[1]

My name is Antwon Antonio Graham. I am currently awaiting sentencing scheduled on October 3, 2017, at 1:00 p.m. for violation 18 U.S.C. 922(g). The purpose of this letter is to tell you about myself and how I got to this point in my life. I am 28 years old, born in Oakland, California and raised in Oakland, California on 752 29th Street. I am 5 of 6 children (3 girls, 3 boys), 5th to the youngest. Welfare was my care provider up until adult hood.

As a young kid I always went from house to house, from my mother, to my father, to my grandmother house, even friends house. I even stayed in a homeless shelter once up a time in my life. My father had 3 more kids 2 of my oldest sister that I never build a bond with like that cause they was with there other family most of the time. Also my oldest brother, and my mother have a daughter that is also older than me which we don't have no bond like that cause she was with her other family also. Only person I have a bond with in also have the same father and mother is my youngest brother.

When welfare and "G.A." start helping my family it seem like life was getting a little better, then we got Section 8 then it start seeming like we was finally starting to be a family and being happy instead of mad or frustrated. Then things turn good to worst my parent start doing drugs, a lot of in and out of the house. Then my parents start getting into it then they broke up. It would be some days or weeks I would move in with my father then next would be my mother, then my grandmother, then friends.

I went all the way to the 12 grade I got my high school diploma, I went in played basketball for McClymond High School. I had 4 to 5 top school that try to give me a scholarship to play for there school but my grades wasn't good enough. So I had to do 2 years in junior college. But my dream went away, I had to figure out a way to get some money in get ready for my new born son, and had to provide for my son mother. I try to get a job but it was taking to long and I didn't know or nobody taught me how to persist myself at a job interview.

On day I came from basketball practice, I was walking down the street, and somebody pull up in start shooting in I got shot in the legs. Luckily people new me from the neiborhood cause they took me to the hospital. After that I feel like my life change, even tho I was scare. I still needed money to take care of my soon to be family. I stayed in the house trying to think of some thing why I heal. I try to do another job interview it didn't work. So I try to do some thing that I thought that would help me out of my situation. In I thought it wasn't that bad because I'm not harming nobody I just trying to provide for my family, so I start seling drugs. This wa a everyday thing in my neiborhood in I kinda felt connect and kina feel like this was my family, because mostly everybody around me is going threw the same situation.

Outside my home there were no scenic routes to take to visually or physically avoid the drug traffic & the violence that come with it. All my friends seemed to come from dysfunctioned homes and backgrounds. All my friends mothers were either on drugs, out partying, on welfare

---

[1] This is a transcription of a handwritten document by Mr. Graham. The handwritten version is difficult to read and would not copy well. Errors in spelling, etc. are as in the original, with the exception of some that were apparently corrected by auto correct in Word.

or worked hours passed exhaustion and always left there home and children unattended. The streets were their playground. Their fathers were either dead, in jail, on drugs or some where else starting another family. If the street didn't raised them, the penal system did.

However, I didn't see the damage "hurting" was causing not only me, but my family. The more time I spend in the street trying to make a sell, the less tme I spend with my family. For the missed moments, I felt I could make it up with gifts or money, food, clothes etc. When I come threw the door, parallel to how my parents used to come through the door. Perpetuating the same cycle in a sense.

After serving my last federal time, I told myself I got to change, I can't mess with them drugs anymore. I need to stand up like a man in raise my kids, and stay out of jail. In I really belived I can do it this time. This time I had support. My wife supported me. She been there for me, right when I came home on the first day. I had a job. My mother was getting her life together. She find God in her life. My wife in family was being so supportive I didn't know at the time my mother sold her house that my grandfather gave her after he pass. In my whole family moved to Las Vegas, and I didn't know at the time how federal work I was about to move with my own family until my probation officer said I couldn't. So had to stay in the bad environment and at this time it was a lot of stuff going on at this time, a lot of shooting going on a couple of incident people getting shot and killed.

In I learn no matter how hard I try to change that don't mean other people would change, and I also learn you don't got to be in a gang as long as you live in this neiborhood. You are a target. In line I said I'm scare in I ben shot before in it doesn't feel good and I'm happy that I just got shot in the leg. For example I had two friends that were young hardworking young men just chilling at there house in a person pulled up on them and killed them and he was just with the mayor talking about stopping the violence and the violence in the neiborhood and either one of them never been to jail.

But what scared me is when my wife and I almost got shot by some men neither one of us know, attempting to cut us off in our neighborhood and follow us. I felt helpless that day. If them guy would of open fired, there would be nothing I could do to protect us. I am highly aware that carring a firearm is a violation of law as a felon and I admit that I was wrong and accept full responsibility. However, I felt the need to protect my family and myself heavily out weighed the consequences carrying a firearm, in my case carries a hefty prison sentence.

Yet, here I am. In a impossible position to protect, provide and make memories with my family in I'm really mad at myself because my wife just had my new born son why I'm in jail rite now. I left my wife with 5 kids on her on. I lived in a neighborhood were calling the police jeopardizes year safety if the right people find out where other outside residents, rivel gang members come and shoot motorists and pedestrians at random. I feel like I'm in a Catch 22. I don't want to get killed for calling the police or jeopardize my family because we have no where to go at the time being so I took a chances. I'm not a gang member. I do not glorify a lifestyle that destroys families and communities. I did what I felt I had to to survive, as well as my family. This is solely an attempt for me to elaborate on the circumstance surrounding why I committed the offense I have.

I accept full responsibilities for my action. I know, as a judge and a sworn officer of the law, it is your patriotic duty to restore & maintain order. I totally accept the consequences and whatever judgement you bestow upon me. I apologize for breaking the law, for going about protecting my family in the wrong manner as well as myself. I also apologize to Mr. Michael McFarland whom I've failed. My wife, siblings, and my children whom my absence affects them mightily. Last but not least, I sincerely apologize to you, your Honor, as well as the courts for my unlawful actions.

Same way I took my chance with a gun, same way I'm taking chances to protect my family without one. Just like I found a better way to earn means legally, I refuse to keep getting recycled through the penal system.

My goal is to be a better husband to my spouse and father to my children. I helped produce my childrens and I want to be there to help raise them because all childrens needs both of there parents like I needed mines. I forgive my father, mother, and family because I came to realize raising children doesn't come with instruction manuels and a man can't help some one else if he is not in a position to help himself. Also, once you are an adult, you can't continue to blame others when you have a chance to make a difference and break the cycle. A man have to take responsibility for his own actions like I'm doing now, consequences included.

Thank you for taking the time to read this letter and your consideration, and for giving me a chance to show you who I am outside of what the current charges, crimes history and allagations in my past shows.

By the way, my support system is stronger and I won't ge going back to my old neighborhood and I also realize I need to change. Oakland, CA don't feel like home to me anymore. I have nothing there, no family or nothing. I want to live free, enjoy life, raise my (2 son, and 1 daughter) and also my wife (2 son, and 2 daughter) be a family man start a new life don't got to watch over my back every time. I'm 28 years old in this was my first time having a job in it feel good to know that I earn and work hard for this. But like I said I would not be going back to that bad neighborhood or Oakland, CA. under no circumstances!!! (New life) Thank you

Mr. Graham

# Exhibit B

Crime

# Oakland teen falls to gun violence he had spoken out against

By Jenna Lyons | November 30, 2016 | Updated: November 30, 2016 8:08pm

4



Photo: Santiago Mejia, The Chronicle

IMAGE

Fremont officer shoots man waving large metal

Man killed by Vacaville police after car chase

7:54 AM
San Jose man, 82, tackles woman who allegedly attacked his wife

Family and friends, above, gather Tuesday in Oakland for a vigil for Roderick Travon Godfrey, below, who died with a friend. Godfrey had spoke at a forum on violence this year near where another friend was ... more

Before the bullets pierced the car Roderick Travon Godfrey was in, before his best friend carried his body toward the front door of his mother's Oakland home, and before the 19-year-old died in an alleyway, failing to make it inside, he had spoken out against the gun violence that has often overwhelmed his city.

Months before his death in a double homicide Monday, Godfrey was a panelist at a gun violence town hall hosted by Rep. Barbara Lee of Oakland.

The former honor roll student who graduated from McClymonds High this year and went by his middle name of Travon, or just "Tra," lamented at the January event that the shooting deaths of several friends had made 2015 "probably the worst year of my life." He recalled as well the time his brother was injured in a shooting, and he saw his mother weep with pain.

"I don't want to put my mama through that," Godfrey said in a video from the town hall. "I'm only 19. I lost nine friends to guns, and five of them didn't even see the age of 18." When he stopped talking at one point, too emotional to continue, Lee patted him on the back.

This week, as police sought to solve the slayings in the Longfellow neighborhood of North Oakland, the congresswoman offered condolences to his mourning family while criticizing loose gun-control policies in a Facebook post.

"Sadly,  Travon lost his life to  violence he

was working to prevent," Lee wrote. "It's a disgrace that Congress has done nothing on common sense gun reform. My thoughts and prayers are with the family of Travon during this difficult time."

Godfrey had told the crowd at the town hall that, at first, he was hesitant to show up at Taylor Memorial United Methodist Church. It was 2 miles away from home and near the spot where a friend had been shot.


Photo: Handout, Courtesy Godfrey Family

A photo of Roderick Travon Godfrey, age 19, is seen at his home on Tuesday, Nov. 29, 2016 in Oakland, Calif. Godfrey and his friend Deante Antonio Miller, both 19 years old, were killed Monday when they were both shot multiple times at approximately 10:15 a.m. on the 700 block of 39th Street, between West Street and Martin Luther King Jr. Way, police said. No suspect was identified or arrested in the killings.

But he would end up dying outside of his own home, in an attack that police have thus far said little about, citing the sensitivity of the investigation. It happened around 10:15 a.m. Monday on the 700 block of 39th Street, less than two blocks west of the MacArthur BART Station.

After the city's ShotSpotter gunfire-detection system sounded an alert, officers arrived to find Godfrey and another man suffering from multiple gunshot wounds and a sedan riddled with bullet holes, said Lt. Roland Holmgren, head of the homicide unit.

The second victim was identified by friends and family as Deante Antonio Miller, a 19-year-old known by the nickname "Peek a Boo" and one of Godfrey's best friends. Godfrey's best friend — the one who tried to carry him home — was in the car and somehow wasn't wounded.

As of Wednesday, Oakland had 73 homicides this year, not including cases deemed to involve self-defense. The city still has one of the highest per-capita homicide rates in the state, though the bloodshed this year may mark an improvement from last year's 83 killings — a far cry from the 145 homicides in 2006

Fremont officer shoots man waving large metal

Man killed by Vacaville police after car chase

San Jose man, 82, tackles woman who allegedly attacked his wife

Kharyshi Wiginton, who is a manager at the Alternatives in Action after-school program in Oakland — and had convinced Godfrey to speak on the antiviolence panel — said the critical task now is to make a senseless killing mean something. She said the first steps include getting idle youth employed and guns off the streets.

"There's a lot of irony, and I think it's not by chance Travon was the one who spoke on the panel. We have to use his life to really make an impact on gun violence," she said Wednesday. "This gun violence is a result of systemic oppression and poverty and the violence that our community experiences. It exists because of that. There has to be a multilevel approach to solving it."

Godfrey's surviving friend is Chance Bell, also 19, and he was one of a few dozen people who gathered the next afternoon beside a makeshift memorial on 39th Street that had formed for Godfrey and Miller. He said they had been the "three amigos for life."

Candles, roses, teddy bears and photos stretched across the front of Godfrey's home. An old "Get well soon" balloon made way for new balloons that read, "You are special." Bell sat on the sidewalk, legs outstretched, staring at the memorial.

"It don't feel real," he said aloud, not seeming to address anyone. "I tried calling his phone this morning." He fell silent and started shaking his head.

The three young men, Bell said, had made plans Monday to go shopping at a San Francisco mall. They drove to Godfrey's house to get his wallet, but they didn't make it out of the car before they heard the shots. Bell said he didn't see who had fired. No words were exchanged.

Godfrey made it out of the car, wounded, before he fell and Bell caught him, trying to carry him.

"I couldn't do nothing. I felt helpless, useless, powerless," Bell said, "I seen the life leave f[...]."

7:54 AM

Fremont officer shoots man waving large metal

Man killed by Vacaville police after car chase

San Jose man, 82, tackles woman who allegedly attacked

When word of their deaths reached McClymonds High on Monday, much of the student body walked out in grief.

On Tuesday, the door to Godfrey's house stayed open from the afternoon past nightfall. Family poured in and out, sharing fried chicken and discussing funeral arrangements. In the living room, next to the TV, a wall of certificates showcased some of Godfrey's accomplishments.



Photo: Santiago Mejia, The Chronicle

A graduation photo of homicide victim Roderick Travon Godfrey is at the top of family photos at his Oakland home.

One was from the state Legislature, recognizing he had been awarded the Oakland Promise scholarship. Another celebrated his Brotherhood Award from the city's pioneering African American Male Achievement project. Above Godfrey's certificate for keeping a 3.0 grade-point average, Yacinelli was an emcee at the Boys and Girls Club read his high school graduation.

Godfrey had planned to attend Chabot College in Hayward in January, but was working at UPS in the meantime to save money for school, said his mother, Teresa Jackson.

"He was responsible. He was driven," Jackson said with tears in her eyes. "He had a future."

Just a few blocks away, at Martin Luther King Jr. Way and 30th Street, another memorial grew in front of the home of Deante Miller's grandfather. The slain young man's mother, Annette Miller, stood outside.

Her son, she said, was an athletic teen who had played baseball, basketball and football. The youngest of four siblings, he liked math and started working part time at FedEx after graduating from McClymonds High in 2015, she said. He got the name "Peek a Boo" from his grandmother, because when he was born he kept blinking his eyes.

"He was a good guy," Annette Miller said. "He wasn't one of those people, you know? Him and Travon didn't deserve this."

Her son, she said, was sometimes in the wrong place at the wrong time. In May 2015, he suffered minor wounds in a shooting that killed 17-year-old Oakland resident Edward McGowan. Police arrested Miller shortly after the shooting, but he was released and not charged, authorities said.

Teresa Godfrey, a longtime family friend, said that she, Miller and

**MORE BY JENNA LYONS**


Anger and addiction often drive arsonists, but convictions rare


SF job fair puts Tenderloin residents on track to employment


Young voters' low turnout led to Sanders' big loss

7:54 AM
UC Berkeley students stage mock checkpoint in protest

San Jose man, 82, tackles woman who allegedly attacked his wife


Fremont officer shoots man waving large metal

Man killed by Vacaville police after car chase

Bell were inseparable and even chose to dress in the same style.

"They did everything together. They always looked out for each other," she said. "They was some loving little kids."

But now, the young men who called themselves "swag," short for students with goals, are down to one member. Godfrey started the year mourning the friends he had lost to gun violence, and now Bell is in the same position.

"I'm blessed to make it out alive. I just feel lonely now," he said. "What's the point of being a trio if you're by yourself?"

*Jenna Lyons is a San Francisco Chronicle staff writer. Email:* jlyons@sfchronicle.com

*Twitter:* @JennaJourno



**Jenna Lyons**
Reporter

HEARST newspapers
© 2017 Hearst Corporation



Fremont officer shoots man waving large metal

Man killed by Vacaville police after car chase



7:54 AM
San Jose man, 82, tackles woman who allegedly attacked his wife

# Exhibit C

News > Crime & Courts

# Oakland: Fatal shooting victim spoke on panel about gun violence





Rep. Barbara Lee (D-Oakland) and Roderick Travon Godfrey, 19, of Oakland, spoke on a panel at a town hall meeting on gun violence in January. Godfrey was fatally shot in a double homicide Monday morning in North Oakland.(Photo Courtesy of Rep. Barbara Lee)

By **KATRINA CAMERON** | kcameron@bayareanewsgroup.com and **HARRY HARRIS** | hharris@bayareanewsgroup.com |
PUBLISHED: November 29, 2016 at 9:28 pm | UPDATED: November 30, 2016 at 7:31 pm

OAKLAND — A 19-year-old man who was fatally shot in a double homicide Monday morning was a panelist at a town hall meeting on gun violence hosted by Rep. Barbara Lee earlier this year.

Roderick Travon Godfrey, a 2016 McClymonds High School graduate, spoke about the fears he faced as a young man of color at the town hall meeting in January. Godfrey and another youth panelist from McClymonds High School in West Oakland said that between them they had lost 20 people to gun violence in the past year.

He had a hard time talking about how gun violence impacted his community, according to a report from Oakland Voices. The teen broke down and could not continue talking about the topic.

On Monday, Godfrey faced his worst fear.

Godfrey and Deante Miller were shot to death around 10:11 a.m. in the 700 block of 39th Street in North Oakland. Miller was his friend, who was also 19 and of Oakland.

Friends and family have posted several messages and shared photos of the victims on Facebook, Instagram and Twitter since they died Monday. The victims grew up together in West Oakland and went to McClymonds High School. Godfrey went by Travon and Tra and Miller PeakABoo.

Lee, D-Oakland, released a statement Tuesday responding to Godfrey's death, noting that he "shared the painful impact that gun violence had in his life" at her town hall.

Godfrey "lost his life to the senseless violence he was working to prevent," Lee said. "It's a disgrace that Congress has done nothing on commonsense gun reform. My thoughts and prayers are with the family of Travon during this difficult time."



City Council President Lynette Gibson McElhaney, who was also a panelist at the January town hall meeting, called on anyone with information about the shooter or shooters to contact police. She said officials "got to get guns off the street."

"My heart is broken," McElhaney said Tuesday. "There's a lot of grief. My message to all our young men is we want you to be alive and we want you to be free."

Police have not determined a motive yet and no arrests have been made.

Police and Crime Stoppers of Oakland are offering up to $20,000 in reward money for information leading to the arrest of the shooter. Anyone with information may call police at 510-238-3426 or Crime Stoppers at 510-777-8572.

*Staff writer David DeBolt and Oakland Voices correspondent Rosalinda Hernandez contributed to this report.*

**SUBSCRIBE TODAY!**
ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!

SPONSORED CONTENT

**Life of a Kumari Goddess: The Young Girls Whose Feet Never Touch Ground**
BY BROADLY

Broadly.